**UNITED STAETS DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
**KHALID MCBETH, et al.,**          CV 09-4112(LDW)(ETB)

        **Plaintiffs,**

                                            **NOTICE OF APPEARANCE**

-against-

**GABRIELLI TRUCK SALES, LTD, et al.,**

        **Defendants.**
-----------------------------------------------------X

### NOTICE OF APPEARANCE OF MICHAEL J. MAURO
### FOR DEFENDANTS

    PLEASE TAKE NOTICE that Michael J. Mauro hereby appears as counsel for Defendants. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: October 9, 2009        **MILMAN LABUDA LAW GROUP PLLC**

                                          By: <u>Michael J. Mauro, Esq.</u>
                                          Attorneys for Defendants
                                          3000 Marcus Ave., Suite 3 W3
                                          Lake Success, NY 11042
                                          (516) 328-8899
                                          mikemauro@mllaborlaw.com