UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

KHALID McBETH and CARMINE CASCONE, individually and on behalf of all other persons similarly situated who were employed by GABRIELLI TRUCK SALES, LTD.; GABRIELLI TRUCK SALES OF CONNECTICUT, L.L.C.; GABRIELLI TRUCK SERVICE, INC.; and GABRIELLI FORD TRUCK SALES & SERVICE INC.; and/or any other entities affiliated with or controlled by GABRIELLI TRUCK SALES, LTD.; GABRIELLI TRUCK SALES OF CONNECTICUT, L.L.C.; GABRIELLI TRUCK SERVICE, INC.; GABRIELLI FORD TRUCK SALES & SERVICE INC.; ARMANDO GABRIELLI, and/or AMEDEO GABRIELLI,

                                      Plaintiffs,

- against -

GABRIELLI TRUCK SALES, LTD.; GABRIELLI TRUCK SALES OF CONNECTICUT, L.L.C.; GABRIELLI TRUCK SERVICE, INC.; and GABRIELLI FORD TRUCK SALES & SERVICE INC.; ARMANDO GABRIELLI, AMEDEOA GABRIELLI, and/or any other entities affiliated with or controlled by GABRIELLI TRUCK SALES, LTD.; GABRIELLI TRUCK SALES OF CONNECTICUT, L.L.C.; GABRIELLI TRUCK SERVICE, INC.; GABRIELLI FORD TRUCK SALES & SERVICE INC.; ARMANDO GABRIELLI, and/or AMEDEO GABRIELLI,

                                      Defendants.
--------------------------------------------------------X

Index No.: 09 CV 4112

**Notice of Appearance**

**S I RS:**

      **PLEASE TAKE NOTICE,** Jeffrey K. Brown, Esq., has been retained by as co-counsel for said Plaintiffs, KHALID McBETH and CARMINE CASCONE, individually and on behalf of all other persons similarly situated who were employed by GABRIELLI TRUCK SALES, LTD.; GABRIELLI TRUCK SALES OF CONNECTICUT, L.L.C.; GABRIELLI TRUCK SERVICE, INC.; and GABRIELLI FORD TRUCK SALES & SERVICE INC.; and/or any other entities affiliated with or controlled by GABRIELLI TRUCK SALES, LTD.;

GABRIELLI TRUCK SALES OF CONNECTICUT, L.L.C.; GABRIELLI TRUCK SERVICE, INC.; GABRIELLI FORD TRUCK SALES & SERVICE INC.; ARMANDO GABRIELLI, and/or AMEDEO GABRIELLI, and the undersigned requests(s) that a copy of any and all documents and papers in this action be served upon the undersigned at the office and post office stated below.

Dated: Carle Place, New York
   October 27, 2009

                Yours etc.,

                LEEDS MORELLI & BROWN, P.C.
                One Old Country Road, Suite 347
                Carle Place, New York 11514
                (516) 873-9550
                Fax: (516) 747-5024
                Email: jbrown@lmblaw.com

                _____
                Jeffrey K. Brown, Esq. (JKB5177)