# V&A

## VIRGINIA & AMBINDER LLP

TRINITY CENTRE
111 BROADWAY · SUITE 1403
NEW YORK, NEW YORK 10006

MARC A. TENENBAUM
DIRECT DIAL: (212) 943-0023
mtenenbaum@vandallp.com

TELEPHONE (212) 943-9080
TELECOPIER (212) 943-9082

www.vandallp.com

May 13, 2010

*Via Email and*
*First Class Mail*

Paul J. Siegel, Esq.
Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747

      Re:    **McBeth, et al. v. Gabrielli Truck Sales Ltd., et al.,**
             **09 cv 4112 (LDW) (ETB)**

Dear Mr. Siegel:

    We represent the plaintiffs in the above-referenced case. Attached are the Notice of Motion (with Exhibits 1 and 2) and Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint. In accordance with Judge Wexler's rules, these materials will be filed once the motion is fully briefed.

                                  Sincerely,

                                    /s/

                                  Marc A. Tenenbaum

Enclosures

cc:    Hon. Leonard D. Wexler (via ECF and mail w/o encl.)
       Hon. E. Thomas Boyle (via ECF and mail w/o encl.)
       Jeffrey K. Brown, Esq. (via email)